# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3639

_____

Stanley L. Hart, III,

        Appellant,

  v.

John Baldwin, individually and in his official capacity; Kristine Weitzel, individually and in her official capacity; Cornell Smith, individually and in his official capacity; Darlene Baugh, individually and in her official capacity; Mary Dick, individually and in her official capacity; Dustin Lutgen, individually and in his official capacity; Deborah Edwards, individually and in her official capacity; Betty Brown, individually and in her official capacity; George Mister, individually and in his official capacity; Tom Conley, individually and in his official capacity; Kelly Holder, individually and in her official capacity; Tony Comp, individually and in his official capacity; Netti Renshaw, individually and in her official capacity; Marilyn Sharar, individually and in her official capacity; Doug Thompson, individually and in his official capacity,

        Appellees.

\* Appeal from the United States District Court for the Northern District of Iowa.

[UNPUBLISHED]

_____

Submitted: April 22, 2010
Filed: April 23, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Stanley Hart appeals the district court's[1] order dismissing without prejudice his 42 U.S.C. § 1983 complaint against prison officials. We conclude that dismissal was proper for the reasons stated by the district court. See 42 U.S.C. § 1997e(a) (exhaustion of administrative remedies). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.